■ In the Matter of SHAWN GREEN, Petitioner, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [6 NYS3d 527]—Motion for reargument, resettlement, clarification or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of RICARDO SUAREZ et al., Respondents, v MELISSA WILLIAMS, Appellant, and ERNESTO SUAREZ, Respondent. [6 NYS3d 926]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Sconiers and DeJoseph, JJ.

■ In the Matter of HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of COLLEEN G. GROOM, Respondent, v EDWARD R. MCGRADE, Appellant. [6 NYS3d 528]—Appeal dismissed without costs (*see Matter of Delong v Bristol*, 117 AD3d 1566 [2014], *lv denied* 24 NY3d 909 [2014]). Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Herkimer County, John J. Brennan, J.—Willful Violation). Present—Scudder, P.J., Smith, Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HAIGLER, Appellant. [6 NYS3d 528]—The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. Memorandum: Defendant was convicted upon his guilty plea of promoting prison contraband in the second degree (Penal Law § 205.20 [2]). Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to *People v Crawford* (71 AD2d 38 [1979]). We conclude that there is a nonfrivolous issue concerning whether the record contained sufficient evidence of guilt to support an *Alford* plea. We therefore relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Promoting Prison Contraband, 2nd degree). Present—Scudder, P.J., Smith, Sconiers, Whalen and DeJoseph, JJ.